UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATHAN M. KIGHT *et al.*,**<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>**CRUNCHY TOBACCO, INC.,**<br><br>　　　　Defendant. | Civil Action No. 21-cv-3189-CKK-MAU |

# ORDER

Before the Court is Defendant Crunchy Tobacco, Inc.'s April 7, 2023 Motion to Compel Discovery and for Sanctions and Motion in Limine on Damages Testimony and Evidence. ECF No. 32.[1]  The Parties appeared for a discovery conference and motions hearing on July 14, 2023. For the reasons stated on the record, Defendant's Motion is **GRANTED IN PART** and **DENIED IN PART**.  It is hereby **ORDERED**:

1) Defendant's Request for Production No. 3: Plaintiffs are ordered to produce all documents in their possession, custody, or control responsive to RFP No. 3.  Counsel for Plaintiffs must include a declaration detailing the steps Plaintiffs took to search for all responsive documents.

2) Defendant's Request for Production No. 5: Plaintiffs are ordered to produce all tax returns, including associated documents filed with the IRS for the years requested.  Alternatively, with respect to Plaintiff Kight only, Plaintiff Kight may provide a declaration attesting that he did not receive any direct income from the sale of any Funnels, LLC products during the relevant period.  Plaintiffs are further ordered to produce any outstanding bank statements responsive to RFP #5 that have not already been produced by M&T Bank to Defendant.

---

[1]　Plaintiffs Nathan M. Kight and Funnels, LLC filed a response on April 25, 2023.  ECF No. 34.  Defendant filed a reply on May 2, 2023.  ECF No. 35.

3) Defendant's Request for Production No. 12: Plaintiffs are ordered to produce all documents in their possession, custody, or control responsive to RFP No. 12.  This includes all Quickbooks data for the relevant period.

4) Defendant's Interrogatory Nos. 2 & 7:  Plaintiffs are ordered to respond to Defendant's Interrogatory Nos. 2 & 7.

5) Defendant's motion to compel Plaintiffs to respond to questions related to certain 30(b)(6) topics is **DENIED WITHOUT PREJUDICE**; and

It is **FURTHER ORDERED** that Plaintiffs must produce all documents and information required by this Order no later than August 4, 2023.  The Parties shall file a joint status report on or before August 7, 2023, confirming that Plaintiffs have met their obligations.  In the joint status report, Defendant is to indicate whether it still wishes to pursue its Motion in Limine on Damages Testimony and Evidence in light of the discovery it has obtained from Plaintiffs to date; and

It is **FURTHER ORDERED** that based on Plaintiffs' failure to demonstrate that their non-disclosure was substantially justified, Defendant's Motion for attorneys' fees and costs incurred in preparing and arguing this Motion is **GRANTED**.  Defendant shall file a declaration with documentation supporting its request for reasonable fees and costs on or before August 7, 2023.

**SO ORDERED**.

Date:  July 18, 2023

_____
MOXILA A. UPADHYAYA
United States Magistrate Judge